IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**DEVONTE J. McCOY,**

    Petitioner,

v.                                        Case No. 5:21cv243-TKW/MAF

**SHERIFF OF BAY COUNTY,**

    Respondent.

_____/

## REPORT AND RECOMMENDATION

In an order filed January 3, 2022, Petitioner Devonte J. McCoy was directed to either pay the $5.00 filing fee or, alternatively, file a motion to proceed in forma pauperis (IFP) by February 2, 2022. ECF No. 3. Petitioner was specifically warned that a recommendation would be made that this case be dismissed if Petitioner failed to comply with the order. *Id.* at 3. To date, Petitioner has not complied with the Court's order.

A trial court has inherent power to dismiss a case sua sponte for failure to prosecute. Link v. Wabash R.R., 370 U.S. 626 (1962). Federal Rule of Civil Procedure 41(b) authorizes a district court to dismiss an action for failure to obey a court order. Moon v. Newsome, 863 F.2d 835, 838 (11th Cir. 1989). Because Petitioner did not comply with an order, this petition should be dismissed without prejudice.

Petitioner shall have a 14-day period after service of this Report and Recommendation in which to file objections. This will also afford Petitioner a final opportunity to show good cause for the failure to respond to the Court's order. Petitioner may do so by filing a motion for reconsideration which will be referred to me by the Clerk.

It is therefore, respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice.**

**IN CHAMBERS** at Tallahassee, Florida, on February 28, 2022.

> S/ Martin A. Fitzpatrick
> MARTIN A. FITZPATRICK
> UNITED STATES MAGISTRATE JUDGE

### NOTICE TO THE PARTIES

Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2). A copy of the objections shall be served upon all other parties. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Fed. R. Civ. P. 72(b)(2). <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control</u>. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a Report and Recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. R. 3-1; 28 U.S.C. § 636.

Case No. 5:21cv243-TKW/MAF